IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JORDAN GUZZARDI | § | Civil Action No. |
| | § | |
| Plaintiff | § | 2:20-cv-03015-JTM-KWR |
| | § | |
| v. | § | |
| | § | |
| TRANS UNION, LLC | § | |
| | § | Jury Trial Demanded |
| Defendant | § | |

## PLAINTIFF'S NOTICE OF SETTLEMENT

NOW COMES Plaintiff, to file this Notice, and in support would show as follows.

1. Plaintiff and Trans Union, LLC have settled all claims between them and Plaintiff at this time. The parties anticipate it will take sixty days to complete the documentation necessary to close these matters and file a Stipulation of Dismissal with prejudice as to Defendant Trans Union, LLC.

2. Plaintiff will file a Stipulation of Dismissal with Prejudice as to Trans Union, LLC when closing documents are exchanged and executed.

3. Plaintiff reserves and maintains all its claims against all other defendants, if any remain, at this time.

Dated: March 5, 2021

Respectfully submitted,

/s/Jonathan Raburn
Jonathan Raburn
ATTORNEY FOR PLAINTIFF
Louisiana Bar Roll No. 28728
McCarty & Raburn, A Consumer Law Firm, PLLC
2931 Ridge Rd, Suite 101 #504
Rockwall, TX 75032
jonathan@geauxlaw.com
Telephone: 225-412-2777

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record:

Date Signed March 5, 2021

/s/Jonathan Raburn
Jonathan Raburn
ATTORNEY FOR PLAINTIFF