IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JORDAN GUZZARDI, | Civil Action No. 2:20-cv-03015-JTM-KWR |
| Plaintiff, | |
| v. | Judge Jane Triche Milazzo |
| TRANS UNION, LLC, | Magistrate Judge Karen Wells Roby |
| Defendant. | |

**ORDER OF DISMISSAL WITH PREJUDICE OF TRANS UNION LLC**

Plaintiff Jordan Guzzardi and Defendant Trans Union, LLC have announced to the Court that all matters in controversy against Trans Union, LLC have been resolved. A Stipulation of Dismissal with Prejudice of Trans Union, LLC has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of Trans Union, LLC, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Jordan Guzzardi against Defendant Trans Union, LLC are in all respects dismissed with prejudice to the refiling of same, with court costs and attorneys' fees to be paid by the party incurring same.

SIGNED in New Orleans, Louisiana on this 13th day of July, 2021.

_____
**HONORABLE TRICHE MILAZZO**
United States District Judge

3436390.1